# LAW OFFICES OF
# CJ GRISHAM
### LEX TALIONIS

Address: 4970 E. Business 190, Temple, TX 76501 | Mailing Address: 3809 S. General Bruce Dr., Ste 103-101, Temple TX 76502
Ph: 254-405-1726  Email: cj@cjgrisham.com

July 3, 2024

Clerk of the Court                                                    *via Electronic Notification*
Southern District of Texas
Corpus Christi Division

RE: *Followell v. Aransas Pass, Cause #24-cv-55*

Dear Clerk:

Please be advised that I will be on vacation and out of the State during the following time period:

**September 6, 2024 through September 29, 2024.**

By means of this correspondence, I respectfully request that no hearings be set during these times, or immediately thereafter. I further request that no motions, pleadings, or other instruments be filed or served which require a response to be filed during this period or immediately thereafter.

Best regards, If you have any questions or concerns, please feel free to contact me at (254) 405-1726.

In liberty,

CJ Grisham, Esq.