## Tammy Gonzales

| | |
|---|---|
| From: | DCECF_LiveDB@txs.uscourts.gov |
| Sent: | Thursday, June 13, 2024 3:06 PM |
| To: | DC_Notices@txsd.uscourts.gov |
| Subject: | Activity in Case 2:24-cv-00055 Followell v. City of Aransas Pass et al Pretrial Conference |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### SOUTHERN DISTRICT OF TEXAS

### Notice of Electronic Filing

The following transaction was entered on 6/13/2024 at 3:06 PM CDT and filed on 6/13/2024
**Case Name:**     Followell v. City of Aransas Pass et al
**Case Number:**   2:24-cv-00055
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Judge David S Morales. INITIAL PRETRIAL CONFERENCE held on 6/13/2024. The parties appeared over Zoom. The Court has reviewed 26(f) report. Parties are in agreement regarding the scheduling order dates and deadlines. An Order will be entered today. The Court confirms with each party that qualified immunity is not at issue in this case. The Court admonishes plaintiff's counsel regarding the colorful language included in the complaint, specifically at paragraph number 42. No pending motions at this time to discuss. Attorney Mckibben complains of plaintiff holding press conferences and attacks on social media. Should the case go to trial, potential jurors may include individuals from Aransas Pass and surrounding areas. Parties are advised as to the possibility of prejudicing the jury pool with social media. Appearances: James F McKibben, Jr, Christopher J Grisham.(Digital # 1:30 - 1:42)(ERO: Mara Gonzales), filed. (aar2)**

**2:24-cv-00055 Notice has been electronically mailed to:**

Christopher J Grisham     cj@cjgrisham.com

James F McKibben , Jr    jmckibben@mcv-law.com, tgonzales@mmjw-law.com

**2:24-cv-00055 Notice has not been electronically mailed to:**

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.