Jason Followell - My attorney CJ Grisham put me in a much... | Facebook

facebook                                                                    Log In

### Jason Followell
June 20 at 1:45 PM · 🌐

My attorney CJ Grisham  put me in a much needed time out.
But before I go, I would like to leave a Big Ole Hawk-Tuah to all my
Haters....



😆👍  57                                                    10 comments

          Like                                      Comment

                                                    Most relevant ▪

### Kolton G Krottinger ✔

"Say Hawk Tuah one more time"