facebook

Log In

CJ Grisham
June 22 at 10:08 AM ·

Here's the version with sound.

0:01 / 0:59

88

17 comments 26 shares

Like Comment



7/16/24, 3:32 PM Case 2:24-cv-00055 Document 16-3 Filed on 07/18/24 in TXSD Page 2 of 3 CJ Grisham - Here's the version with sound. | Facebook

facebook Log In

**Hugh Jorgin**
Awesome!!
2
3w

**Joseph R. Frescatore**
Nice
2
3w

**Hawk Tuah**
Can you come to Godley? 🙏🤣
3w

**Josue Valdez**
Yes, I remember seeing that video...and C.J. wins again, as usual.
Great job C.J.
3
3w

**Jason Followell**
Too bad I can't share this... sad face
3w

**CJ Grisham**
Jason Followell you can.
3w

**Andy Santoya Davila**
Jason Followell I shared it
3w

**Gordon Little**
CJ, THIS! THIS is why you should remain an attorney! You are doing great things to facilitate reform, and I for one am very thankful for your efforts!
2
3w

https://www.facebook.com/story.php?story_fbid=2086909611702585&id=100011506981247&rdid=n4EfXq9dfu3iFtXT 2/3



7/16/24, 3:32 PM Case 2:24-cv-00055 Document 16-3 Filed on 07/18/24 in TXSD Page 3 of 3
CJ Grisham - Here's the version with sound!! | Facebook

facebook
Log In
3w
CJ Grisham
Mitchell Bell we're in discovery now.
3
3w
Mitchell Bell
CJ Grisham get some brother
3w
Viridiana Arellano
🙌👏⚖️❤️
3w
Bobby Mason
CJ 👍👍👍👍
3w
Scott Higginbotham
👍
3w
Shelby Mayer
Lol way to go
3w
Jenny Rodriguez
Case of, be careful what you ask for!!
3w

https://www.facebook.com/story.php?story_fbid=2086909611702585&id=100011506981247&rdid=n4EfXq9dfu3iFtXT 3/3