7/16/24, 3:32 PM
Jason Followell - 2 years ago today, Chief Blanchard and... | Facebook
Case 2:24-cv-00055   Document 16-4   Filed on 07/18/24 in TXSD   Page 1 of 2

facebook

Log In



**Jason Followell**
June 29 at 11:27 AM ·

2 years ago today, Chief Blanchard and Chief Kelley utilized a warrant with no probable cause, edited illegally to suit Chief Blanchard's agenda, and they knew they were violating my 4th Amendment right by ILLEGALLY searching my business Texas Strong Fitness.

They targeted me because I was man enough to fight back against their corruption and SCARE TACTICS.

Not a single officer in AP up held their Oath to the constitution, except Cory Elrod and what did Chief Blanchard do for Cory's heroism? He dismantle the explorer program built for local kids as punishment to Cory.

This is not defamation! This is proven facts! Thank you City of Aransas Pass leadership for showing that you too are corrupt and the entire town needs a clean slate.

Serve me a cease and desist! I always have PROOF!

PS -  if fire inspections were really about safety we wouldn't have double standards! It's about control and $$$.

23         5 comments   5 shares

Like         Comment

Most relevant

Top fan
**Alli K Doyle**
🙏 the Coastal Bend corruption gets cleaned up
1w

**Tishia Baker**
1 gone 1 to go! Then Gary will fold like bad hand of

7/16/24, 3:32 PM
Justin Caldwell - 4 years ago today, Chad Blanchard and... | Facebook
Case 2:24-cv-00055   Document 16-4   Filed on 07/18/24 in TXSD   Page 2 of 2

facebook

Log In

