

**Texas Strong Fitness**
18m · 🌐

It is a sad state when a PATRIOT gets spit on for years(by his own peers) for fighting OUR oppressors and when people are finally awake that man was tossed out of his town.

Texas Strong Fitness is officially on the market. All memberships will transfer at the same rate if and when it is sold. Please do not worry about where you will lift, the gym will always be there. Just a different owner.

My home is on the market as well. I lost my employment thanks to our corrupt city officals (proven), I lost my new opportunity to stay local thanks to San Patricio County's Tyranny (they refused to release my background check to my employer, proven), so I had to take a new position hours away from home.

I cannot thank my members enough for your support of not just my small business, but all of them. It is both stressful and costly and that's before any oppression by the City of Aransas Pass. Which has now cost me everything.

But I will continue my fight! My kids and your kids will have more rights than we do, I promise you that.



TEXAS STRONG