7/16/24, 3:29 PM  Jason Followell - Chevron overturned! America is coming... | Facebook

Case 2:24-cv-00055   Document 16-6   Filed on 07/18/24 in TXSD   Page 1 of 2

facebook                                                                                     Log In

 **Jason Followell** is at **City of Aransas Pass**.
July 2 at 12:29 PM · Aransas Pass ·

Chevron overturned!

America is coming back! Fck all our goverments made up policys. Including the FBI, CIA, IRS, OSHA, EPA, ATF, IFC, IBC, NFPA ETC.

An example of the governmental utilizing Chervron. Chief Blanchard of APPD as a legal expert according to the city interpreted the IFC "policy" to give him the legal right (in his professional opinion) to invade someone's property regardless of their constitutional right to be protected from unlawful searches and seizures.

If the city request fire inspection without a variable victim to the hazards (crime) they are claiming, tell them to fck off and sue them! This is a huge win for American's and our Constitution!

#AMERICA
#GREAT
#WINNING

TIKTOK.COM

facebook                                                                                          Log In



Like    Comment    Share