facebook

Log In



**facebook**

Log In



remind people THEY WORK FOR US.

👍❤ 55    7 comments   2 shares

👍 Like    💬 Comment

All comments ▾

**Bruce Anderson Jr.**
I live in Kern County California it's like Texas is to the US don't mess with it or you get run off the road the sheriff here boast that people are getting away with what they use to kill them for Jason is like a super hero I really enjoy what he does

1w                                                                              ❤ 2

**Julie Lynne**
Absolutely

1w          👍❤ 2

**Trina S. Pifer Lamb**
Good work sir.

1w                    👍 2

**Reuben Davila Sr.**
Amen

1w            👍 2

**David Malin**
In other words, if you don't stand in this manner against what these people are allowing to go on, you're a coward and a fool and you bring a curse on your family... slavery; so unless you have anything but praise for this man, save

facebook

Log In



🖊 Author
**Jason Followell**
David Malin not sure how to take that comment.
1w

**David Malin**
Jason Followell
" To sin by silence, when they know they should protest; makes cowards of Men." ~ Lincoln
1w                                                                      ❤ 2