

jasonfollowell • Follow

jasonfollowell Haters - "Jason is correct but I'm not going to let him know. Instead, I'm going to degrade him with my wits so people will attack his character. But 1st let me make a fake profile so he doesn't know who I am."

HATER'S WITS -
1.JASON you are an @ss and a bully. Your attack on the city is nothing but personal. The city doesn't mess with me.
2. You were never poor, so you dont know what it means to struggle and that's why you think you

5 likes
June 15

Add a comment... Post