facebook

Log In



**Jason Followell** is at **City of Aransas Pass**.
June 24 at 11:28 AM · Aransas Pass ·

During your time to speak as a citizen you have constitutionally protected rights. You have an obligation to this country and your children to personally attack and tell council exactly how you feel about their TYRANNY.

Their FEELINGS and Decorum do not hold water when it comes to YOUR rights.

What you are not allowed to do is LIE (defamation of character) and theaten them with violence. Everything else on their list can kiss OUR A$$.

Force them to be honest or kicked them out of Your town.



**WORKSHOP MEETING OF THE CITY OF ARANSAS PASS CITY COUNCIL
CITY HALL, 600 W. CLEVELAND, ARANSAS PASS, TEXAS
JUNE 24, 2024 – 5:30 PM**

Ramiro Gomez, Mayor
Carrie Scruggs, Mayor Pro Tem
Jason Knight, Council Member Place 2
Joe Dominguez, Council Member Place 3
R. J. Haskins, Council Member Place 4

**NOTICE:** During city council meetings, members of the public shall not engage in shouting, unruly behavior, defamation, personal affronts, profanity, or threats of any kind. All comments from the audience shall only be addressed to the Mayor and Council. Citizens who violate these rules will be asked to cease the violation, and if the violation continues the Mayor will ask the person to leave the meeting.

1. CALL TO ORDER.
2. DISCUSSION ITEM(S):
   2.I. Conn Brown Harbor Responsible Development Methods (Brenda Joyas)
   2.II. Update On Comprehensive Plan And Future Public Meetings (Brenda Joyas / Gary Edwards)
   2.III. Conn Brown Harbor Review Committee (Gary Edwards)
   2.IV. Development Proposal For The Conn Brown Harbor (Citizens)