7:48

< Derek's post

 **Former school district police chief...**
msnbc.com

1h   Like   Reply   2 ♥

 **Derek Phillips**
Lance FE Phillips shocking 😳

54m   Like   Reply

 Write a reply...

 **Derek Phillips**
Amazing Show Mr. Jason Followell! Thank you coming on to share your story with us! Please be sure to share the depositions when finished!

1h   Like   Reply   2 ♥

 **Jason Followell** · Follow
Derek Phillips oh I will!

1h   Like   Reply   2 ♥

 Write a reply...

📷   Comment as C...   😊  GIF  ☺