6:50 

< Jason Followell  

**Posts**  About  More ▾

 **Jason Followell**
12h · 🌐

Depositions start this month and yes we are recording them!

Truth is the Truth.
APPD ARE LIARS!

>  **Jason Followell** is at **City of Aransas Pass**. · **Follow**
> Jun 1 · 🌐
>
> Every single person working for the city that doesn't want to go to prison for those worthless POS's Chief Blanchard and **Ramiro Valencia Gomez** , during their depositions.  This is due solely to the city's continual abuse of power to my Freedoms and Livelihood.

**👤⁺ Add friend**   **💬 Message**

 Home    Video    Friends    Marketplace    Notifications    Menu