

facebook

Log In

**Jason Followell** is at **City of Aransas Pass**.
June 1 · Aransas Pass ·

Every single person working for the city that doesn’t want to go to prison for those worthless POS's Chief Blanchard and Ramiro Valencia Gomez , during their depositions. This is due solely to the city's continual abuse of power to my Freedoms and Livelihood.

GOVERNMENT ORGANIZATION
**City of Aransas Pass**

6 1 comment 2 shares

Like Comment

Most relevant

**Tex Surratt**

facebook

Log In