facebook                                                                                                                            Log In





facebook Log In

Top fan
**James Renshaw**
Just imagine if Hitler had a plan so evil and good that those who believe or live for that shi* took his plan and made it their own and took over America as a huge interconnected corporation, oh wait , I think they did , the UNITED NATIONS

5w

Top fan
**James Renshaw**
NWO 🙈 🙉 🙊 no evil , that's their motto

5w

**Traci Skinner**
Who is this?? SHE looks like me.....lol!

5w

**Bruce Anderson Jr.**
We need more people like you in this world thank you for the inspiration to stand up to county officials

5w 2

**James Anderson**
We should feel sorry for Captain Dean .

5w 2

Author
**Jason Followell**
James Anderson he signed up for it!

5w

**James Anderson**
Jason Followell little does he know. I know dirty things he probably wouldn't want to hear !

3

# facebook

**Author**
**Jason Followell**
James Anderson I know them too

5w

**Author**
**Jason Followell**
James Anderson do you have enough guts to show the evidence to the world is the key.

5w  👍

**Tandra Rodriguez**
James Anderson why? He puts it in his nose or smoke it's, he'll be fine!!!!

5w  👍😮 2

**Salty Cracker**
Tandra Rodriguez I was wondering why this person said we should feel sorry for Dean lol. They must not know him well

5w  👍 2

**Tandra Rodriguez**
Salty Cracker exactly 😄

5w  👍 2

**Tandra Rodriguez**
Jason Followell heck he got stopped by cops and they found Pot, and paraphernalia in his vehicle and he didn't get arrested, anyone else would have been arrested, brought to jail and beaten with a bat.

5w

**Author**
**Jason Followell**

# facebook


🎤 Author
**Jason Followell**
Get time, date, officers and location and we can get that.
5w


**Tandra Rodriguez**
Jason Followell I have to find it. I posted it on my Facebook page.
5w


**Tandra Rodriguez**
Jason Followell I messaged the information to you
5w                                                          


**Donna Trent Vaden**
What makes her evil?
6w


🎤 Author
**Jason Followell**
Donna Trent Vaden what doesn't make her evil would be a shorter list.
6w                                                    👍 8 


**Donna Trent Vaden**
Jason Followell ok well give me one reason you would say she is "evil"...
5w


🎤 Author
**Jason Followell**
Donna Trent Vaden stealing 2 million from a child.
5w                                                    👍 4 



facebook                                                                                   Log In

    🎤 Author
    **Jason Followell**

🎤 Author
**Jason Followell**
Having relations with othe city officials while on council.
5w                                                                                          👍

🎤 Author
**Jason Followell**
I can go on and on with that devil
5w                                                                      👍 2

🎤 Author
**Jason Followell**
Blaming the forged will on her mom and son during the depostions..
5w                                                                                   👍 3

**Donna Trent Vaden**
Jason Followell anyone can repeat hearsay, so what proof do you have that any of this is true?
5w                                                                                          👍

🎤 Author
**Jason Followell**
Donna Trent Vaden I already showed the proof on the Will numerous times. Why should I have to repeat myself when everyone by now knows I only show facts and not hearsay.
5w                                                                                 👍❤ 2

**Donna Trent Vaden**
Jason Followell if all of this is true, what does any of it have to do with you, except the part where she calls you a Satanist?
                                                                                            😮



Log In

🎤 Author
**Jason Followell**
Donna Trent Vaden you asked me a question and I answered you. Why are you defending a criminal who steals your money is the better question? Smdh I am appalled, sick and tired of people like you attacking me instead of the criminals that take your money and freedoms. You lost a friend.

5w  2


**Janet Thompson**
Jason Followell I was sent a copy of the transcript as well when I WAS Admin of Aransas Pass Wants to Know and other Transcripts..alllll public information..Donna Trent Vaden

5w 

 🎤 Author
**Jason Followell**
Janet Thompson and what did you learn?

5w  2


**Janet Thompson**
Jason Followell From my one-on-one numerous personal experiences 2020-2023 (ref Admin/City Council) to the present..the list of deeds has continued...

5w  2

 💎 Top fan
**James Renshaw**
Donna Trent Vaden lady , your barking up the wrong tree , I ask you , do you believe BILL GATES is evil ? Or KLAUSE SHWABB, ALBERT BOURLA , JOE BIDEN (s), OBAMAS, BUSHES, CLINTONS and/or the

# facebook

Log In


**Tex Surratt**
She worst then him at least Hitler was upfront about it.
5w

5w


**Rebecca Craft**
Ole Miss Leatherface needs to blur and photoshop her photos. 🤣
5w