


jasonfollowell • Follow
Original audio

**No comments yet.**
Start the conversation.

1 like
1 day ago

Add a comment…  Post