

**Jason Followell**

5d · 🌐



😆👍 47                    12 comments  3 shares

👍 Like    💬 Comment    🔗 Copy    ↪ Share