UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JASON FOLLOWELL, | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:24-CV-00055 |
| | § | |
| CITY OF ARANSAS PASS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant City of Aransas Pass's advisory. (D.E. 16). The advisory requests that the Court hold a pre-motion conference before Defendant City of Aransas Pass files a motion for a protective order. *Id.* at 5. As such, the Court **ORDERS** the parties to appear before the undersigned on **July 24, 2024, at 10:30 a.m.**[1] The parties **SHALL** be prepared to discuss the issues presented in the D.E. 16 advisory.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
July 19, 2024

---

[1] Parties may access the hearing via the following link:
https://www.zoomgov.com/j/1615444251?pwd=R3g5ZnBwdVpvVkFCUlBVS211UXZ4QT09
Dial by your location
 +1 669 254 5252 US (San Jose)
 +1 646 828 7666 US (New York)
Meeting ID: 161 544 4251
Password: 020679