UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JASON FOLLOWELL, | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:24-CV-00055 |
| | § | |
| CITY OF ARANSAS PASS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Pursuant to the Court's D.E. 18 order, a pre-motion conference was set before the undersigned on July 24, 2024, at 10:30 a.m. Counsel for Defendants appeared for the hearing; however, counsel for Plaintiff failed to appear. Accordingly, the Court **ORDERS** Plaintiff, through his respective counsel, to appear for a show cause hearing before the undersigned on **July 25, 2024, at 9:30 a.m.** to provide an explanation for his absence. After discussing Plaintiff's counsel's absence, the Court will discuss Defendant's D.E. 16 advisory. As such, the Court also **ORDERS** Defendants, through counsel, to appear for the hearing. The hearing will be conducted via Zoom.[1]

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
July 24, 2024

---

[1] The hearing may be joined via the below link.
   https://www.zoomgov.com/j/1615444251?pwd=R3g5ZnBwdVpvVkFCUlBVS211UXZ4QT09
   Dial by your location
      +1 669 254 5252 US (San Jose)
      +1 646 828 7666 US (New York)
   Meeting ID: 161 544 4251
   Password: 020679

The parties are cautioned that the Court will require parties who miss their scheduled court appearances to appear in person for any future show cause hearings.

1 / 1