UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JASON FOLLOWELL, | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:24-CV-00055 |
| | § | |
| CITY OF ARANSAS PASS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to discussions at the July 25, 2024 hearing, the Court **ORDERS** the parties to jointly file a proposed protective order **on or before August 1, 2024.** This proposed protective order shall address the parties' dissemination—or lack thereof—of pretrial discovery and note that the parties shall not engage in speech that may be considered witness intimidation.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
       July 25th, 2024

1 / 1