IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **JASON FOLLOWELL,** | § | |
| **Plaintiff** | § | |
| VS. | § | C.A. #: 2:24-CV-00055 |
| **CITY OF ARANSAS PASS,** | § | |
| **MAYOR RAM GOMEZ,** | § | |
| In his Official Capacity, | § | |
| **CITY COUNCIL WOMAN** | § | |
| **CARRI SCRUGGS,** | § | |
| In her Official Capacity, | § | |
| **CITY MANAGER GARY EDWARDS,** | § | |
| In his Official Capacity, | § | JURY |
| **CHIEF ERIC BLANCHARD,** | § | |
| In his Official Capacity, | § | |
| **CHIEF NATHAN KELLEY,** | § | |
| In his Official Capacity | § | |
| **Defendants.** | | |

## AMENDED JOINT MOTION FOR ENTRY OF PARTIES AGREED PROTECTIVE ORDER

COME NOW, Plaintiff, **JASON FOLLOWELL** and Defendants, **CITY OF ARANSAS PASS, TEXAS, CHIEF OF POLICE ERIC BLANCHARD, MAYOR RAM GOMEZ, CITY COUNCIL WOMAN CARRI SCRUGGS, CITY MANAGER GARY EDWARDS, and CHIEF NATHAN KELLEY,** and file this their Amended Joint Motion for Entry of Parties Agreed Protective Order, and would respectfully show the following:

As ordered by the Court, the parties submit the attached Agreed Protective Order in the form attached to this Motion as **Exhibit A.**

WHEREFORE, PREMISES CONSIDERED, Defendants pray that this Court enter the Parties' Agreed Protective Order, a copy of which is attached to this motion as **Exhibit A.**

Respectfully submitted,

By:/s/ *James McKibben*
James McKibben, *Attorney-in-Charge*
State Bar No. 13713000
Federal ID No. 914
jmckibben@mcv-law.com
*McKIBBEN, MARTINEZ, JARVIS & WOOD, L.L.P.*
555 N. Carancahua, Ste. 1100
Corpus Christi, Texas 78401-0841
Telephone:  361.882.6611
Facsimile: 361.883.8353

**ATTORNEYS FOR DEFENDANTS**

By:/s/ *CJ Grisham*
CJ Grisham, *Attorney-in-Charge*
State Bar No. 24124533
3809 S. General Bruce
Suite 103-101
Temple, Texas 76504
cj@cjgrisham.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

No Certificate of Service is needed as this is a Joint Motion for Entry of the Parties Agreed Protective Order.

By:*/s/ James McKibben*
James McKibben, *Attorney-in-Charge*