UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **JASON FOLLOWELL,** | § | |
| *Plaintiff,* | § | |
| v. | § | |
| | § | **CIVIL ACTION NO.** |
| **CITY OF ARANSAS PASS, et al** | § | **2:24-cv-00055** |
| *Defendants.* | § | |
| | § | **JURY TRIAL** |

**PLAINTIFF'S STATEMENT OF INTENT REGARDING MEDIATION**

NOW COME Defendants and file this Statement of Intent Regarding Mediation and for such would show the Court as follows:

**Defendants agree to participate in mediation.**

Respectfully submitted,

**LAW OFFICES OF CJ GRISHAM, PLLC**

By: _____
CJ Grisham
State Bar No. 24124533
cj@cjgrisham.com
3809 S. General Bruce Dr.
Suite 103-101
Temple, Texas 76502
Tel: (254) 405-1726

**ATTORNEY FOR PLAINTIFF**

1

## CERTIFICATE OF SERVICE

I hereby certify that in accordance with the Fed. R. Civ. P. a true and correct copy of the foregoing was forwarded in the manner indicated below to Plaintiff's counsel on this 12th day of January, 2025.

James McKibben
McKIBBEN, MARTINEZ, JARVIS & WOOD, L.L.P.
555 N. Carancahua, Ste. 1100
Corpus Christi, Texas 78401-0841

                                                                                    _____
                                                                                    CJ Grisham