**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **JASON FOLLOWELL,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CAUSE NO. 2:24-cv-00055** |
| | § | |
| **CITY OF ARANSAS PASS, et al.,** | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFFS' ADVISORY TO COURT
## CONCERNING RECENT 5TH CIRCUIT OPINION

On February 7, 2025, the Fifth Circuit Court of Appeals issued its opinion in *Biggers v. Massingill*, No. 23-11023, 2025 U.S. App. LEXIS 2901 (5th Cir. Feb. 7, 2025). Plaintiffs provide this advisory to this Court because they believe this opinion is relevant to this Court's consideration of the instant matter.

This opinion reiterates the following:

1. "Unlike instances where this court has upheld qualified immunity, Biggers squarely alleged that Massingill's invocation of the decorum rule was a mere pretext to silence his views. If proved, that would clearly violate the First Amendment." *Id*. at 5.

2. "The First Amendment secures Biggers's right to be free from viewpoint discrimination in a limited public forum" like an open meeting. *Id*. at *4.

3. "Biggers alleged he was silenced by Massingill—not because he was disrupting those meetings—but because Massingill disagreed with Biggers's views about the HCCC. That is a textbook violation of the First Amendment." *Id*. at *4.

                **Respectfully submitted,**

                **LAW OFFICES OF CJ GRISHAM, PLLC**

                _____
                CJ Grisham
                Texas State Bar No. 24124533
                cj@cjgrisham.com
                3809 S. General Bruce Dr.
                Suite 103-101
                Temple, Texas 76502
                Telephone: 254-405-1726
                **COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby affirm that on this 7th day of March, 2025, the foregoing document was filed with the Court's CM/ECF electronic filing system and that a copy of said document was served upon all parties of record.

*/s/ CJ Grisham*
CJ Grisham
