3:00

**Posts**   About   Videos   More ▼

👍 Like            (~) Send            🔗 Share

**Jason Followell**
4d · 🌐

My brother Stefan Callaway, MY MOTHER CINDY MORELAND AND MY SISITER TIARA FOLLOWELL called CPS on me ( which I beat the case) as retaliation for my neice telling me she was moloested by
OUR other brother.  I tried to help my niece but they all turned on her and me.

THEY HAVE NOW THREATEND SUIT AGAINST ME FOR DEFAMATION. GUESS WHO IS NOT TAKING THIS POST DOWN?
 I won't bow down to the city's tryanny nor my X Kin Fok!

The Truth is the Truth.

👍😲😢 74                           78 comments  1 share

👍 Like            (~) Send            🔗 Share

**Jason Followell**
4d · 🌐

**3am Thoughts** · **Follow**
Poster based in **Pakistan** · 6d · ⚙

Laziness has some people

Home   Video   Friends   Groups   Notifications   Menu

**Jason Followell's Post**



 **Jason Followell**
January 10 at 7:08 AM · 🌐

Just FYI I don't and haven't spoken to my mother, or most siblings for years because they are protecting my brother who is a pedophile!
Cynthia Moreland
Tiara Followell
Marshall Callaway
Stefan Callaway

 54   25 comments  2 shares

 Like          Comment