**From:** Jason Followell <jason.followell@yahoo.com>
**Sent:** Tuesday, January 28, 2025 3:28 PM
**To:** John Swallow <JSwallow@husemanlawfirm.com>
**Subject:** Re: Request to Cease and Desist Facebook Posts

I would like to know how my family would like to move forward, as my post will never come down and I can prove I never lied. Ironically, I can prove that my family told numerous lies to the city of Aransas Pass, that cost me dearly. Let her know I have all the audio recordings and documentation to back what her deceitful actions against me, including conspiracy, Texas Penal Code - PENAL § 37.08, and slander.

Their action were used as a basis for criminally trespassing me from an entire city. I will be suing and publishing all their audio recordings regarding what they did me, Nova, my fiancé (and her kids) my daughter, and my son (and they know what they did). I have an attorney on hold, but if my family can come up with a settlement agreement via mediation before this goes public, I will listen. They have until Feb 14th to make a decision.

Regards,
Jason Followell

On Friday, January 10, 2025 at 02:09:47 PM CST, Jason Followell <jason.followell@yahoo.com> wrote:


Freedom of speech!
I told no lie.
Bring the lawsuit and I will counter. I have recording of her slandering me to the police department. I can prove I told no lie, can she?
Ask Tiara if she recalls the (recording) if her telling me that her husband touches her like my brother touched his daughter, and she didn't see anything wrong with it.

Yahoo Mail: Search, Organize, Conquer

On Fri, Jan 10, 2025 at 1:49 PM, John Swallow <JSwallow@husemanlawfirm.com> wrote:

Dear Jason,


I write to follow up on my telephone call. As I explained, I was contacted by Peter Fox and Tiara Followell regarding your public Facebook posts accusing them of protecting your brother who you allege is a pedophile. I have attached one of the posts to this email. Peter and Tiara assert these statements are false and damaging to them and their reputation. I respectfully request you remove these posts and cease and desist from

making any additional defamatory statements about your family members on public forums. Peter and Tiara intend to pursue appropriate legal action if the posts are not removed. I understand you have a strong opinion on this matter; however, your family members believe the statements are false and have been shown to be false in a court of law. I would encourage you to exercise discretion and not publicly make defamatory statements against people, especially on such serious matters, unless you are certain as to their truth. I would respectfully suggest the legal system is a much better forum than Facebook for resolving such matters.

Cordially,

**John Swallow**

Huseman Law Firm, PLLC

500 N. Water St., Suite 1100

Corpus Christi, TX 78401

Office: 361-883-3563

Cell: 361-500-5317

jswallow@husemanlawfirm.com

**\*\*\*Please note that our address has changed to 500 N. Water St., Suite 1100.\*\*\***

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.