



**Jason Followell** is with **Andy Santoya Davila** and **11 others**.
February 12 at 5:41 PM ·

16-0 now against the corrupt city of Aransas Pass! Their bogus charges on me for disorderly conduct back in January 2024 was finally dismissed. They have now moved to another charge, "Disrupting a public meeting". This was during my own time to speak ( waste of tax payers money). This new charge is pending court in March.

17-0 coming soon. Then an 18-0 victory once I finish suing them (Carrie, Ram, Gary, Eric, and Kelly lost their qualified immunity against me, wonder why?).

Remember Officer Diaz can talk about fuckN #cake in citizen's comments (disorderly and against APPD policy) and that's A-OK with **Ramiro Valencia Gomez**!





**Jason Followell**
February 28 at 4:12 PM

A conversation regarding Ram and his supporters - Remy Lee Sr. supports **Ramiro Valencia Gomez** for Mayor even after everything 🐀 done to this community.

"So?"

Anyone who supports Ram after everything that's been exposed doesn't care about basic human rights. Once you lose Freedom do you think they will let you have it back?

"Why would you say that?"

Well, Ram along with X-Chief Blanchard, X- chief Kelly, X- city manager Edwards, and soon to be X council woman Scruggs all lost qualified immunity.

"What does that mean?"

They knowingly and willfully took away our constitutional rights. AKA OUR FREEDOM.

If you are one of the few supporting these criminals, you are voting against humanity.

"I didn't know that!"

That's because the city isn't transparent. They tell you only what makes them look like angels.

FYI the only one left standing in that group is Ram. Their criminal organization is on its last leg. Haters can hate me all day. I always told the truth and always backed my claims with facts. I changed this town forever, and I am glad.

 20                    6 comments   4 shares