IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JASON FOLLOWELL | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:24-CV-00055 |
| | § | |
| CITY OF ARANSAS PASS, et al. | § | JURY TRIAL |

**ORDER GRANTING DEFENDANTS' MOTION TO ENFORCE PROTECTIVE ORDER**

On this day came to be considered the Motion to Enforce Protective Order filed by Defendants.

The Court has reviewed the pleadings and briefs of the parties and finds that Defendants' Motion to Enforce Protective Order is well taken and should be GRANTED and that Plaintiff be held in civil contempt for failing to abide by this Court's prior orders. The Court finds by a preponderance of the evidence that Plaintiff willfully violated this Court's prior protective order.

The Court, therefore, GRANTS, Defendants' Motion to Enforce Protective Order. It is hereby ORDERED that:

1. Plaintiff remove any prior online post, comment, video or other public statement, whether online or not, regarding any witness to this case until after the litigation is fully resolved within 24 hours of the signing of this order;

2. Should Plaintiff fail to comply with order 1, he shall be ordered to pay a non-compensatory fine of $10,000;

3. Plaintiff is to cease contact with any witness to this case;

4. That Plaintiff cease posting online, commenting online, or otherwise publicly commenting about the instant litigation until after the litigation is fully resolved;

5. That Plaintiff be ordered to pay Defendant's attorney's fees incurred in bringing this motion. Defendant shall submit the fees incurred within 14 days of the signing of this order, and Plaintiff shall issue payment of such fees within 30 days of the signing of this order.

The foregoing is ordered only to prevent future violations of this Court's orders and offers the Plaintiff the opportunity to cure past violations. The foregoing is also to apply only to Plaintiff individually and not his attorney.

SO ORDERED on this _____ day of _____, 2025

_____
UNITED STATES DISTRICT JUDGE