Case 2:24-cv-00055   Document 40   Filed on 03/13/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JASON FOLLOWELL, | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:24-CV-00055 |
| | § | |
| CITY OF ARANSAS PASS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On March 13, 2025, the Court held a status conference in this matter. Counsel for Defendants appeared via Zoom; however, Counsel for Plaintiff again failed to appear. *See* (D.E. 19, p. 1) (noting that Counsel for Plaintiff previously failed to appear). Accordingly, the Court **ORDERS** Counsel for Plaintiff to appear **in-person** before the undersigned on **March 20, 2025, at 10:00 a.m.** to show cause for his second absence. After discussing Counsel for Plaintiff's absence, the Court will hear argument regarding Defendants' D.E. 27 motion. Accordingly, the Court **ORDERS** Counsel for Defendants to appear **in-person** for the March 19, 2025 hearing.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
    March 13, 2025

1 / 1