United States District Court
Southern District of Texas
**ENTERED**
July 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JASON FOLLOWELL, | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:24-CV-00055 |
| | § | |
| CITY OF ARANSAS PASS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

The Court recently ruled on Defendants' motion for dismissal and summary judgment. (D.E. 45). The sole claim to survive that ruling is Plaintiff's First Amendment claim directed at the Rules of Decorum, brought against the City of Aransas Pass. (D.E. 45, p. 11). The Court **ORDERS** the parties appear **in-person** before the undersigned on **August 13, 2025, at 11:00 a.m.** to discuss next steps in this matter. Specifically, the parties should come prepared to discuss the possibility of mediating this matter and when the parties expect to be ready for trial.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
July 28, 2025