Case 2:24-cv-00055    Document 49    Filed on 09/29/25 in TXSD    Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JASON FOLLOWELL, | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:24-CV-00055 |
| | § | |
| CITY OF ARANSAS PASS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

Defendant City of Aransas Pass has informed the Court that the parties have scheduled mediation for November 6, 2025. (D.E. 48). The Court **ORDERS** the parties to submit a joint advisory **on or before November 10, 2025**, informing the Court of the results of the meditation.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
September 25th, 2025