UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **JASON FOLLOWELL,** § | | |
| § | | |
| *Plaintiff,* § | | |
| § | | |
| **v.** § | | |
| § | | **CIVIL ACTION NO.** |
| **CITY OF ARANSAS PASS, et al** § | | **2:24-cv-00055** |
| § | | |
| *Defendants.* § | | |

## PLAINTIFF'S STATUS UPDATE TO THE COURT

NOW COMES Plaintiff, Jason Followell, and files this status update with the court regarding this case. This case was stayed pending resolution of criminal charges per *Heck v. Humphrey*, 512 U.S. 477 (1994),. Plaintiff was schedule to begin trial on January 26, 2026. However, for reasons unknown, the trial was rescheduled for April 7, 2026. Per *Heck*, Plaintiff is barred from continuing his lawsuit at this time and asks that the Court continue its stay in the case.

Plaintiff is ready to defend the charges against him, but the County continues to play games with this two-year old misdemeanor case that filed only after Plaintiff filed this action, denying Plaintiff his day in court to clear his name and finally culminate this lawsuit.

Plaintiff is prepared to provide another status update should the County schedule Plaintiff's criminal trial or upon a verdict in the criminal trial, whichever comes first.

February 4, 2026

                                                            Respectfully submitted,

LAW OFFICES OF CJ GRISHAM, PLLC

_____
CJ Grisham
Texas State Bar no. 24124533
3809 S. General Bruce Dr.
Suite 103-101
Temple, Texas 76504
P: 254-405-1726
Email: cj@cjgrisham.com
