United States District Court
Southern District of Texas
**ENTERED**
March 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JASON FOLLOWELL, | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:24-CV-00055 |
| | § | |
| CITY OF ARANSAS PASS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

The Court previously stayed this case pending the outcome of related state criminal proceedings. (D.E. 52). However, the Supreme Court recently clarified the applicability of *Heck v. Humphrey* to claims for wholly prospective relief. *See generally Olivier v. City of Brandon, Miss.*, No. 24-993, 2026 WL 783725 (U.S. Mar. 20, 2026). Accordingly, the Court **ORDERS** the parties to each file a brief (no more than five pages) status report addressing *Olivier* and explaining whether the stay in this case should be lifted. The parties are to file their status reports **on or before March 30, 2026**.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
March 23, 2026