**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **JASON FOLLOWELL,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO.** |
| **CITY OF ARANSAS PASS, et al** | § | **2:24-cv-00055** |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S STATUS UPDATE TO THE COURT

NOW COMES Plaintiff, Jason Followell, and files this status update with the court regarding this case. On March 23, 2026, the Court ordered a Status Report be filed NLT March 30, 2026. Unfortunately, Plaintiff's counsel was in trial in Fort Worth the week of March 23 (Cause #1880750, Tarrant County Court #8) and Abilene this week (Cause #2-413-25) when the status report was due. Counsel now files this response to the Court's order.

This case was stayed pending resolution of criminal charges per *Heck v. Humphrey*, 512 U.S. 477 (1994). Plaintiff was schedule to begin trial on January 26, 2026. However, for reasons unknown, the trial was rescheduled for April 7, 2026. On March 31, 2026, the Court notified all parties that the trial was again delayed until August 25, 2026. Mr. Followell has filed a Motion to Dismiss for violations of his right to a speedy trial and protected conduct under the First Amendment. Per *Heck*, Plaintiff is barred from continuing his lawsuit at this time and asks that the Court continue its stay in the case.

Plaintiff is ready to defend the charges against him, but the County continues to play games with this two-year old misdemeanor case that filed only after Plaintiff filed this action, denying Plaintiff his day in court to clear his name and finally culminate this lawsuit.

LAW OFFICES OF CJ GRISHAM, PLLC

CJ Grisham
Texas State Bar no. 24124533
3809 S. General Bruce Dr.
Suite 103-101
Temple, Texas 76504
P:  254-405-1726
Email: cj@cjgrisham.com